# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> BECHTEL NATIONAL, INC., et al, <br><br> Defendants. | **Case No.** CV-13-5013-EFS <br><br> **CIVIL MINUTES** <br><br> **DATE:** 11/07/2013 <br><br> **EX-PARTE TELEPHONIC CONFERENCE** <br><br> ***SEALED*** |

| | | |
|---|---|---|
| | **Senior Judge Edward F. Shea** | |
| Debbie Brasel <br> **Courtroom Deputy** | 02 <br> **Law Clerk** | Kim Allen <br> **Court Reporter** |
| **Plaintiffs' Counsel** | **Defendant's Counsel** | |

**[XX] Teleconference**

**Appearances as follows:**

Hugh Lambert, Emily Jeffcott, Tyler Tornabene, and Richard Eymann

Overview by Mr. Tornebene regarding the ongoing discovery; Mr. Lambert joins with the concern of the justice department in making sure that the seal is maintained

Statement by Ms. Jeffcott

**Court:** Is inclined to preserve the seal but the method that is utilized is dependent on what is pending before the Court in the companion case

| | | |
|---|---|---|
| **Convened:** 3:33 pm | **Adjourned:** 3:50 pm | **Time:** / 17 minutes |