1  BENJAMIN C. MIZER
   Principal Deputy Assistant Attorney
2  General
   DON WILLIAMSON
3  Senior Trial Counsel
   KATE BUSHMAN SMITH
4  ALEXANDRA N. WILSON
   Trial Attorneys
5  Commercial Litigation Branch,
   Civil Division
6  United States Department of Justice
   P.O. Box 261
7  Ben Franklin Station
   Washington, DC 20004
8  Phone: (202) 353-1293
   Fax: (202) 514-0280
9
10 MICHAEL C. ORMSBY
   United States Attorney
11 TYLER H.L. TORNABENE
   Assistant United States Attorney
12 Post Office Box 1494
   Spokane, WA 99210-1494
13 Telephone: (509) 353-2767
   Fax: (509) 835-6397
14
   Attorneys for United States of
15 America

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 23 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, GARY BRUNSON, DONNA BUSCHE-GIESA, AND WALTER TAMOSAITIS, PH.D., <br><br>         Plaintiff, <br><br> vs. <br><br> BECHTEL NATIONAL INC., BECHTEL CORPORATION, URS CORPORATION, AND URS ENERGY & CONSTRUCTION, INC., <br><br>         Defendants. | NO. CV-13-5013-EFS <br><br> UNITED STATES' NOTICE OF SETTLEMENT <br><br> **FILED UNDER SEAL** |

The United States submits this Notice of Settlement to advise the Court of the status of the final settlement agreement between the United States, the Relators, and the Defendants ("the Parties"), resolving all allegations set forth in the Relators' Amended Complaint.

The Parties have now executed a final settlement agreement. Accordingly, the United States requests that the Court unseal Relators' Amended Complaint, the United States' Notice of Election to Intervene in Part, and this Notice of Settlement. The executed final settlement agreement requires payment in full within 45 days. Upon receipt of payment in full, the United States anticipates filing a stipulated dismissal and proposed order requesting that this Court retain jurisdiction over the matter in order to, *inter alia*, enforce the final settlement agreement and decide the Relators' share under 31 U.S.C. § 3730(d) if it cannot be resolved without the Court's assistance.

Respectfully submitted this 23rd day of November, 2016.

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MICHAEL C. ORMSBY
United States Attorney

*/s/ Don Williamson*
MICHAEL D. GRANSTON
SARA McLEAN
DON WILLIAMSON
KATE BUSHMAN SMITH
ALEXANDRA N. WILSON
U.S. Department of Justice Civil Division
P.O. Box 261
Ben Franklin Station

1
2
3   _____
4   TYLER H.L. TORNABENE
    Assistant United States Attorney
5   United States Attorney's Office for the
    Eastern District of Washington
6   920 W. Riverside Drive, Suite 340
    Spokane, WA 99201
7
8   Attorneys for Plaintiff United States
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

(Line 1: Washington, DC 20044)