UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GARY BRUNSON, DONNA BUSCHE, and WALTER TAMOSAITIS,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BECHTEL NATIONAL INC.; BECHTEL CORPORATION; URS CORPORATION; and URS ENERGY & CONSTRUCTION, INC.,<br><br>　　　　　　　　Defendants. | No.  2:13-CV-5013-EFS<br><br>**ORDER DISMISSING CASE** |

　　On February 9, 2017, the Government and Relators filed a stipulated dismissal, ECF No. 44. The Government and Relators request dismissal and that the Court retain jurisdiction over the matter for the limited purpose of enforcing the Settlement Agreement and determining fee and Relator's share issues under 31 U.S.C. § 3730(d). On March 1, 2017, Defendants filed a position statement indicating that they had no objection to the terms of the stipulated dismissal and agreed to the Court's limited retention of jurisdiction. ECF No. 65-1.

　　Accordingly, consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

ORDER DISMISSING CASE - 1

1. The parties' Stipulation of Dismissal, **ECF No. 44**, is **GRANTED.**

2. All claims asserted against Defendants in this action are **DISMISSED WITH PREJUDICE** as to Relators, except that the Court retains jurisdiction to enforce the terms of the Settlement Agreement, as well as to determine issues related to Realtor's share of the proceeds pursuant to 31 U.S.C. § 3730(d).

3. All claims asserted against Defendants in this action for the Covered Conduct, as the term is defined in the Settlement Agreement, are **DISMISSED WITH PREJUDICE** to the United States, and all other claims are **DISMISSED WITHOUT PREJUDICE** to the United States.

4. This file shall **REMAIN OPEN** pending the Court's order as to ECF No. 46 and 78.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   22nd   day of March 2017.

                             s/Edward F. Shea
                             EDWARD F. SHEA
                   Senior United States District Judge