Thad M. Guyer (Oregon #821443)
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe Street
Medford, Oregon 97501
Tel: (813) 382-7865
Fax: (888) 866-4720
Attorney for Plaintiff

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 03, 2017

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA
*EX REL.* GARY BRUNSON,
DONNA BUSCHE, and
WALTER TAMOSAITIS, PH.D.

    Relators,

v.

BECHTEL NATIONAL INC.,
BECHTEL CORPORATION, URS
CORPORATION, and URS
ENERGY & CONSTRUCTION, INC.

    Defendants.

No: CV-13-5013-EFS.
(Judge Edward F. Shea)

**FILED UNDER SEAL**

## NOTICE OF APPEAL

Please see Notice of Appeal filed under seal (Doc. #126).

    Respectfully submitted,

    *s/ Thad M. Guyer*

    _____
    Thad M. Guyer (Oregon #821443)
    Attorney for Relator Brunson

*Notice of Appeal - 1*