UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GARY BRUNSON, DONNA BUSCHE, and WALTER TAMOSAITIS,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BECHTEL NATIONAL INC.; BECHTEL CORPORATION; URS CORPORATION; and URS ENERGY & CONSTRUCTION, INC.,<br><br>　　　　　　　　　Defendants. | No.  2:13-CV-5013-EFS<br><br>**ORDER GRANTING RELATOR BRUNSON'S MOTION TO UNSEAL FILINGS**<br><br>**\*\*CLERK'S OFFICE ACTION REQUIRED** |

　　　Before the Court, without oral argument, is Relator Gary Brunson's sealed Motion to Unseal Second Amended Notice of Appeal and to Unseal This Motion, ECF No. 152.  Mr. Brunson requests that the Court unseal his Second Amended Notice of Appeal, ECF No. 150, and the instant motion, ECF No. 152. Defendants do not object. ECF No. 155. Having reviewed the content of ECF Nos. 150 and 152, the Court finds that, while ECF No. 150 references sealed filings, ECF Nos. 150 and 152 do not themselves contain confidential information. Accordingly, the Court finds good cause to grant Relator Brunson's motion and unseal ECF Nos. 150 and 152. All other sealed filings, including the sealed filings referenced in ECF No. 150, shall remain under seal.

/

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Relator Gary Brunson's Motion to Unseal Second Amended Notice of Appeal and to Unseal This Motion, **ECF No. 152,** is **GRANTED.**

2. The Clerk's Office shall **UNSEAL ECF Nos. 150 and 152**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  14th  day of July 2017.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Civil\2013\5013.Bechtel.ord.unseal.lc02.docx

ORDER - 2