FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY BRUNSON, et al, <br><br> Plaintiff, <br><br> v. <br><br> THE LAMBERT FIRM PLC, et al, <br><br> Defendants. | No.  2:13-CV-5013-EFS <br><br> **ORDER DISMISSING CASE** |

On January 22, 2019, the Thad M. Guyer, counsel for Gary Brunson, filed a Joint Status Report, ECF No. 174.  Mr. Guyer and Hugh Lambert, on behalf of the Lambert Firm PLC, informed the Court that they have "resolved all matters subject to the remand. Therefore, this case as [sic] moot and should be dismissed without costs or attorney's fees to either party." *Id.* Having received no further responses from the other parties, the Court dismisses this case, without prejudice and without costs or attorney's fees to any party.

As such, consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED:**

  1. All claims are **DISMISSED WITHOUT PREJUDICE.**

  2. This case shall remain **CLOSED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

ORDER DISMISSING CASE - 1

1  **DATED** this __6th__ day of February 2019.

2
3                            s/Edward F. Shea
                            EDWARD F. SHEA
4                   Senior United States District Judge

C:\Users\LISA_H~1\AppData\Local\Temp\notes952E43\13-cv-5013. Bechtel. Order Dismiss.Lc02.docx

ORDER DISMISSING CASE - 2